THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY SHORTER, Appellant.

Submitted October 15, 2013; decided October 17, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

TOWN OF OYSTER BAY, Appellant, v LIZZA INDUSTRIES, INC., Respondent. (And Other Actions.)

Submitted October 15, 2013; decided October 17, 2013

Motion by DRI-The Voice of the Defense Bar for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

WILLIAM J. JENACK ESTATE APPRAISERS AND AUCTIONEERS, INC., Appellant, v ALBERT RABIZADEH, Respondent.

Submitted October 15, 2013; decided October 17, 2013

Motion by Sotheby's, Inc., et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.